IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02822-WJM-BNB

JAMES M. BERTOLO,

Plaintiff,

v.

LT. TOM BENEZEE, Lieutenant CTCF, et al.,

Defendants.
_____

## ORDER
_____

This matter is before me on several letters filed by the plaintiff [Docs. #24, #31, and #32] (the "Letters").  The Letters are STRICKEN.

The Letters seek relief from the court. "A request for a court order must be made by motion."  Fed. R. Civ. P. 7(b)(1).  The plaintiff may not seek a court order through letters.  All requests must be made in the form of a motion, and the request must be titled as a motion.

IT IS ORDERED:

1. The Letters are STRICKEN;

2. All future applications to the court for relief shall be submitted in the form of a motion in compliance with Rule 7;

3. Failure to comply with this order may result in sanctions, including dismissal of the Complaint.

Dated March 21, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge